*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR LA TORMENTA TROPICAL IRENE.

*Número:* EM-2011-9          *Resuelto:* 26 de agosto de 2011

## RESOLUCIÓN

Mediante sendas resoluciones emitidas el pasado 21 y 23 de agosto de 2011, este Tribunal determinó que tanto el 22 como el 24 de agosto de 2011 se considerarían días feriados y cualquier término por vencer durante esos días se extendería hasta los días 23 y 25 de agosto de 2011, respectivamente.

No obstante dicha determinación, el Tribunal toma conocimiento judicial de que debido al paso de la tormenta Irene por Puerto Rico, Vieques y Culebra, los servicios esenciales de energía eléctrica, agua, alcantarillado y teléfono han sido interrumpidos en toda la Isla. Esta situación ha impedido a los abogados y abogadas preparar sus escritos, recursos, comparecencias y otros documentos judiciales y la reproducción de éstos para poder presentarlos una vez se reanudaran las labores judiciales a través de toda la Isla. En estas circunstancias, la mera extensión de los términos por vencer durante los días que los Tribunales permanecieron cerrados, según aprobado en las Resoluciones del 21 y 23 de agosto de este año, no ha representado una

solución justa ante las necesidades de la ciudadanía de acceso a los tribunales mediante sus representantes legales.

De hecho, la Sociedad para Asistencia Legal ha presentado una Comparecencia Especial en la que solicita que extendamos los términos para presentar los escritos judiciales debido a que la sede de su División de Apelaciones ha estado sin servicio de electricidad durante casi toda esta semana.

Para remediar esta situación, al amparo de la Regla 68.1 de Procedimiento Civil, 32 L.P.R.A. Ap. V, y de la Regla 249 de Procedimiento Criminal, 34 L.P.R.A. Ap. II, y de acuerdo con nuestra facultad de reglamentar los procedimientos judiciales en situaciones de emergencia como la ocurrida en esta semana, se decretan suspendidos todos los términos dispuestos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales que vencían entre el lunes 22 de agosto y el viernes 26 de agosto de 2011, inclusive. Dichos términos vencerán el lunes 29 de agosto de 2011.

*Se instruye a la Secretaria del Tribunal Supremo, Lcda. Aida Ileana Oquendo Graulau, a que tome las medidas correspondientes para la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*